### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOHN ELLIS JOHNSON**                                          **PETITIONER**
**ADC #121088**

**v.**                        **Case No: 4:25-cv-01034-LPR**

**DEXTER PAYNE**                                              **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 7) and the Petitioner's Objections (Docs. 8–12, 17).  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice.  Mr. Johnson's pending Motions (Docs. 13, 15, 16, 18, 19) are DENIED as moot.  A certificate of appealability will not issue.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 20th day of April 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE