**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOHN ELLIS JOHNSON**                                                    **PETITIONER**
**ADC #121088**

**v.**                                    **Case No: 4:25-cv-01034-LPR**

**DEXTER PAYNE**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE